UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 3: 10-11-DCR |
| V. | ) | |
| MARSHALL D. WILLIAMS, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the United States Magistrate Judge's recommendation that Defendant Marshall Williams be found competent to face further proceedings, including trial. [Record No. 87] The Court notes that neither party contests the recommendation. Having reviewed the underlying competency report regarding the defendant and being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Recommended Disposition of United States Magistrate Judge Robert E. Wier dated January 25, 2011 [Record No. 87], is **ADOPTED** and **INCORPORATED** herein by reference.

2. The Court finds that Defendant Marshall Williams is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, he is competent to face further proceedings, including trial.

This 9th day of February, 2011.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge