UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 3: 10-11-DCR |
| V. | ) | |
| MARSHALL D. WILLIAMS, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is pending for consideration of the United States Magistrate Judge Robert E. Wier's recommendation that physical restraints not be used during the trial of this matter. [Record No. 93] This recommendation is based, in part, on the United States' failure to meet it burden with respect to this issue during the January 31, 2011, hearing. Therefore, being sufficiently advised, it is hereby

**ORDERED** that the Recommended Disposition of United States Magistrate Judge Robert E. Wier dated January 31, 2011 [Record No. 93], that physical restraints not be used during the upcoming trial of this action is **ADOPTED** and **INCORPORATED** herein by reference.

This 9th day of February, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

-1-